UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NICOLE RENEE CROSBY,<br><br>    Plaintiff,<br><br>vs.<br><br>JUDGE CASEY U. ROBINSON,<br><br>    Defendant. | Case No. 1:25-cv-00618-AKB<br><br>**INITIAL REVIEW ORDER BY SCREENING JUDGE** |

    Plaintiff Nicole Crosby ("Plaintiff") already is pursuing a federal lawsuit against Judge Casey U. Robinson, a magistrate judge in Gooding County in 1:24-cv-00472-BLW, *Crosby v. Gooding County, et al.* ("Case 472"). Judge Winmill informed Plaintiff of the standard of law to overcome absolute judicial immunity and dismissed the claims against Judge Robinson with prejudice in that case. *See* Case 472, Dkt. 12. If Plaintiff has additional facts or claims against Judge Robinson showing that her claims here are not subject to judicial immunity, she must bring them in an amended complaint in Case 472. Accordingly, **IT IS ORDERED** that this case is DISMISSED without prejudice to Plaintiff bringing her claims in Case 472.

DATED: December 29, 2025

_Amanda K. Brailsford_
Amanda K. Brailsford
U.S. District Court Judge

**INITIAL REVIEW ORDER BY SCREENING JUDGE** - 1